# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Vanessa Williams Docket No. 5:10-CR-90-1-BO

## Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Vanessa Williams, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 27, 2011, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 24 months under the standard conditions adopted by the court.

Vanessa Williams was released from custody on October 2, 2012, at which time the term of supervised release commenced. On October 15, 2012, the defendant's conditions of supervision were modified to include drug aftercare and mental health treatment. On January 31, 2013, the court was notified of drug use (marijuana) by the defendant, and her supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 8, 2013, the defendant submitted a drug screen which proved positive for cocaine. She was confronted and did not dispute the validity of the specimen. Williams is attending substance abuse/mental health counseling and participates in the Surprise Urinalysis Program. As a punitive sanction for her drug use, it is respectfully recommended that her conditions be modified to include 60 days of home detention, supported by electronic monitoring. Given her financial situation, it is recommended that the government be responsible for payment of these services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The government will be responsible for payment of these services.

Vanessa Williams
Docket No. 5:10-CR-90-1-BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Debbie W. Starling
Debbie W. Starling
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: July 17, 2013

## ORDER OF COURT

Considered and ordered this 18 day of July, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge